

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 2 6 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Ben.Goldberg@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-26-00564-PHX-JJT (MTM) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. § 924(a)(1)(A) |
| Joandry Peraza Febles, | | (False Statement During the Purchase of a Firearm) |
| Defendant. | | Counts 1-4 |

**THE GRAND JURY CHARGES:**

**<u>COUNTS 1 - 4</u>**

On or about the dates listed below, in the District of Arizona, Defendant, JOANDRY PERAZA FEBLES, knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant, JOANDRY PERAZA FEBLES, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating he was the actual transferee/buyer of the

firearm, whereas in truth and fact, he knew he was buying the firearm on behalf of another person.:

| Count | Date | Business (FFL) |
|---|---|---|
| 1 | March 15, 2024 | AV AZ Firearms |
| 2 | March 17, 2024 | Baseline Pawn |
| 3 | March 26, 2024 | Baseline Pawn |
| 4 | Apil 27, 2024 | Against All Enemies |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: May 26, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/*
BENJAMIN GOLDBERG
Assistant U.S. Attorney

- 2 -